No. 72–486. FEDERAL POWER COMMISSION *v.* MEM-PHIS LIGHT, GAS & WATER DIVISION ET AL.; and

No. 72–488. TEXAS GAS TRANSMISSION CORP. *v.* MEM-PHIS LIGHT, GAS & WATER DIVISION ET AL. C. A. D. C. Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 149 U. S. App. D. C. 238, 462 F. 2d 853.

No. 72–5323. KEEBLE *v.* UNITED STATES. C. A. 8th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 2 presented by the petition which reads as follows: "Whether the District Court's refusal to give a lesser included offense instruction under 18 U. S. C. 1153 violated the Fifth Amendment's due process guarantee."

No. 72–5443. BARNES *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–1465. ROSENTHAL *v.* ARKANSAS LOUISIANA FINANCE CORP. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–1648. NAPOLITANO *v.* WARD, JUSTICE, SUPREME COURT OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 71–6694. WILSON *v.* DOWNIE, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 72–472. SIMS, GUARDIAN, ET AL. *v.* IDAHO STATE DEPARTMENT OF HIGHWAYS ET AL. Sup. Ct. Idaho. Certiorari denied.